Sharon S. Moyer, AZ #013341
Sharon.Moyer@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Attorneys for Defendants

Sean Davis, Esq.
seand@phillipsdayeslaw.com
Phillips Dayes Law Firm
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Telephone: (602) 288-1610
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JOSHUA EMBREE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DANIEL'S MOVING & STORAGE, INC., an Arizona corporation; DANIEL OZBUN and DENISE OZBUN, husband and wife,<br><br>　　　　Defendants. | No. 2:16-cv-00727-GMS<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL** |

The parties, after due consideration and evaluation, have concluded that Plaintiff is not entitled to any overtime compensation and so have agreed to settle by a dismissal with prejudice, each party bearing its own costs and attorneys' fees.

The parties therefore jointly request that the Court find:

(1)　that dismissal with prejudice, each party bearing its own costs and fees is a fair and reasonable resolution;

(2)　that such settlement is approved by the Court, and

(3)　that the parties' motion to dismiss is granted.

1447955.v1

DATED this 20th day of April, 2016.

          SACKS TIERNEY P.A.

          By: */s/ Sharon S. Moyer*
              Sharon S. Moyer
              Attorneys for Defendants

          PHILLIPS DAYES LAW FIRM, P.C.

          By: */s/ Sean C. Davis (w/permission)*
              Sean C. Davis
              Attorneys for Plaintiff

1447955.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20th, 2016, I electronically transmitted the foregoing Motion to Dismiss to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean Davis, Esq.
Phillips Dayes Law Firm
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona  85012
*Attorney for Plaintiff*

By:   */s/ Silvia Miranda*

3

1447955.v1