# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Embree,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Daniel's Moving & Storage Incorporated, et al.,<br><br>　　　　　　Defendants. | No. CV-16-00727-PHX-GMS<br><br>**ORDER** |

The Court having reviewed the Parties' Joint Motion to Approve Settlement and to Dismiss (Doc. 12) and finding that the proposed resolution is fair and reasonable,

**IT IS ORDERED** approving the settlement and dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees.

Dated this 20th day of April, 2016.

Honorable G. Murray Snow
United States District Judge